

110 E. 59TH STREET, FLOOR 23
NEW YORK, NY 10022
TEL: (212) 566-1000

May 29, 2024

<u>Via ECF</u>
Honorable Barbara C. Moses
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

**APPLICATION GRANTED**

_[signature]_

**Barbara Moses, U.S.M.J.**

5/31/24

Re: <u>United States v. Justin Masse</u>
Ind. # 24 MJ. 1682 (BCM)

Dear Judge Moses:

    Mr. Masse's present bail conditions restrict him from traveling outside the SDNY and EDNY.  Respectfully, Mr. Masse seeks permission to travel to New Jersey on Saturday, June 1, for a funeral for a family member.  He intends on returning to New York the same day.  His Pre Trial-Services (PTS) officer has no objection and the government defer to PTS.

    Thank you for your consideration.

                              Very Truly Yours,

                              SULLIVAN|BRILL, LLP
                              Attorneys for Mr. Masse

_[signature]_

By: Steven Brill