UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

THE UNITED STATES OF AMERICA,

    -against-

JUSTIN MASSE,

    Defendant.

------------------------------------------------------------X

1:24-MJ-01682-RA-1

**ORDER**

**SARAH NETBURN, United States Magistrate Judge**:

IT IS HEREBY ORDERED that the defendant's bail be modified to include:

- Defendant to be allowed to communicate with co-defendants, Yashpaul Persaud and Brandon Satanoo outside the presence of counsel, however, they must refrain from discussing their cases and the instant offense.

SO ORDERED.

_____
SARAH NETBURN
United States Magistrate Judge

DATED:   October 1, 2024
             New York, New York