

110 E. 59TH STREET, FLOOR 23
NEW YORK, NY 10022
TEL: (212) 566-1000

January 23, 2025

**Via ECF**
Honorable Ronnie Abrams
Honorable Sarah Netburn
Southern District of New York
40 Foley Square
New York, NY 10007-1312

Applications granted.

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
January 23, 2025

Re: **United States v. Justin Masse**
**Docket # 24 MJ. 1682(RA)**

Dear Judge Abrams and Netburn:

On behalf of Justin Masse, I respectfully make the following two requests.

First, as you know, Mr. Masse suffered a catastrophic fall causing serious injury to his back.  As a result, during his treatment for his injury and pain, Mr. Masse has found that cannabis usage - when needed – resulted in a therapeutic and palliative benefit.  To that end, Mr. Masse was given an "Official New York State Medical Cannabis Patient Certification" card permitting him to receive cannabis from a licensed medical dispensary.



I have also attached this certification as an exhibit to this letter.  Although, Mr. Masse attempts to use the cannabis sparingly, on occasion, he has tested positive in connection with a urinalysis conducted by Pre Trial-Services (PTS).   Given Mr. Masse's fixed and purposeful use of cannabis, it is requested that PTS conduct its urinalysis for all controlled substances except cannabis.

Our second request is that the Court permit Mr. Masse to travel to Paramus, New Jersey on Saturday, March 1, 2025, to attend his son's birthday party.  He intends to return home to New York the same day.

Thank you both for your consideration.

Very Truly Yours,

SULLIVAN|BRILL, LLP
Attorneys for Mr. Masse

By: Steven Brill

| NEW YORK STATE | Office of Cannabis Management | Medical Cannabis Program |

## OFFICIAL NEW YORK STATE MEDICAL CANNABIS PATIENT CERTIFICATION

| **Certification Number**<br>PC3-47027525 | **Issue Date:** 05/03/2024<br>**Expiration Date:** 05/03/2025 |

Registry ID: 
47027526

Please present this document and your government issued photo ID when visiting a dispensing site to purchase medical cannabis product(s).

### Practitioner Information

Gavin Moreland
3300 Bee Cave Rd, Suite 650 #1105
Austin, TX 78746
(972) 646-0653
DEA Registration: FM0873922

### Patient Information

First Name: Justin
Last Name: 1925082
DOB: 10/12/1997
Address: 93-30 210th Pl
Queens Village, NY 11428
Phone: (929) 996-2251
Email: jmasse40@gmail.com

### Dosing Recommendations

Per Pharmacist Consultation

Recommendations/Limitations:

As the practitioner named above, I attest to the following:

- I am caring for this patient's condition;
- By training and/or experience, I am qualified to treat the condition as documented in the patient's medical record;
- In my professional opinion and based on my review of past treatments, the patient named above is likely to receive therapeutic or palliative benefit from the primary or adjunctive treatment with medical cannabis for the condition;
- This certification will be provided to the patient and a copy of this certification will be included in the patient's medical record.

Electronically signed by: _____GAVIN MORELAND_____ on: ___05/03/2024___

FALSE STATEMENTS MADE HEREIN ARE PUNISHABLE AS A CLASS A MISDEMEANOR PURSUANT TO PENAL LAW § 210.45. ISSUANCE OF A CERTIFICATION WHEN (i) THE RECIPIENT HAS NO MEDICAL NEED FOR IT, OR (ii) IT IS FOR A PURPOSE OTHER THAN A CERTIFIED MEDICAL USE AS DEFINED IN THE CANNABIS LAW IS PUNISHABLE AS A CLASS E FELONY PURSUANT TO PENAL LAW § 179.10.

This certification must be provided to the patient, or their caregiver where appropriate. The certified patient and their designated caregiver(s) will need this certification when purchasing medical cannabis products from a registered organization's dispensing site.

Instructions on adding designated caregivers are available on the Office of Cannabis Management website at: www.cannabis.ny.gov.

Questions? Contact the Medical Cannabis Program by emailing medical@cannabis.ny.gov or calling 1-844-863-9312.