

April 4, 2025

**Via ECF**
Honorable Ronnie Abrams
Honorable Sarah Netburn
Southern District of New York
40 Foley Square
New York, NY 10007-1312

Application granted.

SO ORDERED.

Re: <u>United States v. Justin Masse</u>
**Docket # 24 MJ. 1682(RA)**

Ronnie Abrams, U.S.D.J.
April 4, 2025

Dear Judge Abrams and Netburn:

    On behalf of Justin Masse, I respectfully make the following request. Mr. Masse seeks permission to travel to Salt Lake City, Utah between July 2-6, 2025, to attend the "Monster Jam World Finals" with his son. He intends to stay at a local hotel while there. He will provide a full itinerary to his pre-trial services officer and check-in daily.

    Thank you both for your consideration.

Very Truly Yours,

SULLIVAN|BRILL, LLP
Attorneys for Mr. Masse

By: Steven Brill