

July 23, 2025

**Via ECF**
Honorable Ronnie Abrams
Honorable Sarah Netburn
Southern District of New York
40 Foley Square
New York, NY 10007-1312

Application granted.

SO ORDERED.

Ronnie Abrams, U.S.D.J.
July 23, 2025

Re:   **United States v. Justin Masse**
      **Docket # 24 MJ. 1682(RA)**

Dear Judges Abrams and Netburn:

On behalf of Justin Masse, I respectfully make the following travel request.

I respectfully request that the Court permit Mr. Masse to travel to Mannheim, Pennsylvania from August 1 through August 3. Mr. Masse would like to attend his uncle's birthday party.

Thank you both for your consideration.

Very Truly Yours,

SULLIVAN|BRILL, LLP
Attorneys for Mr. Masse

By: Steven Brill