

110 E. 59TH STREET, FLOOR 23
NEW YORK, NY 10022
TEL: (212) 566-1000

November 3, 2025

<u>Via ECF</u>
Honorable Ronnie Abrams
Honorable Sarah Netburn
Southern District of New York
40 Foley Square
New York, NY 10007-1312

    Re: <u>United States v. Justin Masse</u>
      Docket # 24 MJ. 1682(RA)

Dear Judges Abrams and Netburn:

  On behalf of Justin Masse, I respectfully make the following travel request.

  I respectfully request that the Court permit Mr. Masse to travel to Anaheim, California from December 6 through December 10. Mr. Masse intends on traveling with his long-time girlfriend and his child.

  Thank you both for your consideration.

          Very Truly Yours,

          SULLIVAN|BRILL, LLP
         Attorneys for Mr. Masse

         By: Steven Brill

**MEMO ENDORSEMENT**

**Application granted.**

**SO ORDERED.**

**Dated: November 4, 2025**
   **New York, New York**

Henry J. Ricardo
United States Magistrate Judge