

110 E. 59TH STREET, FLOOR 23
NEW YORK, NY 10022
TEL: (212) 566-1000

January 21, 2026

**Via ECF**
Honorable Ronnie Abrams
Honorable Sarah Netburn
Southern District of New York
40 Foley Square
New York, NY 10007-1312

Application granted.

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
January 21, 2026

**Re:    United States v. Justin Masse**
**Docket # 24 MJ. 1682(RA)**

Dear Judges Abrams and Netburn:

On behalf of Justin Masse, I respectfully make the following request.

I respectfully request that the Court expand Mr. Masse's travel jurisdiction restriction to include New Jersey.  Mr. Masse present employment require him to travel to New Jersey regularly.

Thank you both for your consideration.

Very Truly Yours,

SULLIVAN|BRILL, LLP
Attorneys for Mr. Masse

_____

By: Steven Brill