

110 E. 59TH STREET, FLOOR 23
NEW YORK, NY 10022
TEL: (212) 566-1000

February 18, 2026

**Via ECF**
Honorable Ronnie Abrams
Honorable Sarah Netburn
Southern District of New York
40 Foley Square
New York, NY 10007-1312

Application granted.

SO ORDERED.

Ronnie Abrams, U.S.D.J.
February 18, 2026

Re:    **United States v. Justin Masse
        Docket # 24 MJ. 1682(RA)**

Dear Judges Abrams and Netburn:

On behalf of Justin Masse, I respectfully make the following request.

I respectfully request that the Court permit Mr. Masse to travel to Pennsylvania, at the Great Wolf Lodge, to celebrate his son's birthday. He would like to travel from February 27 through March 2.

Thank you both for your consideration.

Very Truly Yours,

SULLIVAN|BRILL, LLP
Attorneys for Mr. Masse

By: Steven Brill