

110 E. 59TH STREET, FLOOR 23
NEW YORK, NY 10022
TEL: (212) 566-1000

June 8, 2026

**Via ECF**
Honorable Ronnie Abrams
Honorable Sarah Netburn
Southern District of New York
40 Foley Square
New York, NY 10007-1312

Application granted.

SO ORDERED.

_____

Ronnie Abrams, U.S.D.J.
June 8, 2026

Re:    **United States v. Justin Masse**
       **Docket # 24 MJ. 1682(RA)**

Dear Judge Abrams and Netburn:

On behalf of Justin Masse, I respectfully make the following request.   Mr. Masse seeks permission to travel to Salt Lake City, Utah between July 2-5, 2026, to attend the "Monster Jam World Finals" with his son and mother.  He intends to stay at a local hotel while there.  He will provide a full itinerary to his pre-trial services officer and check-in daily.

Thank you both for your consideration.

Very Truly Yours,

SULLIVAN|BRILL, LLP
Attorneys for Mr. Masse

_____

By: Steven Brill